905 A.2d 872

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
LUTHER C. THOMAS, DEFENDANT–PETITIONER.

August 4, 2006.

ORDERED that the petition for certification is granted on the issue of defendant's sentence, and the matter is summarily remanded to the trial court for resentencing in light of the Court's decision in *State v. Pierce*, 188 *N.J.* 155, 902 *A.*2d 1195 (2006).

905 A.2d 873

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
AL–TARIQ TUCKER, DEFENDANT–PETITIONER.

August 4, 2006.

ORDERED that the petition for certification is granted on the issue of defendant's sentence, and the matter is summarily remanded to the trial court for resentencing in light of the Court's decision in *State v. Pierce*, 188 *N.J.* 155, 902 *A.*2d 1195 (2006).

905 A.2d 873

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. SHAKA S. ZULU, DEFENDANT–PETITIONER.

August 4, 2006.

ORDERED that the petition for certification is granted on the issue of defendant's sentence, and the matter is summarily remanded to the trial court for resentencing in light of the Court's decision in *State v. Pierce*, 188 *N.J.* 155, 902 *A.*2d 1195 (2006).